# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jackalin S. Williams,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:12cv241

Carolinas Healthcare System, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/23/2012 Order.

                      Signed: July 23, 2012

                      _____
                      Frank G. Johns, Clerk
                      United States District Court